September 03, 2004

Mr. Glenn E. Johnson
Kelly Hart & Hallman, P.C.
301 Congress Ave., Suite 2000
Austin, TX 78701

Mr. Elton M. Montgomery
Montgomery & Peavy
P.O. Drawer 1300
Graham, TX 76450
Mr. Andrew D. Sims
Harris Finley & Bogle, P.C.
777 Main Street, Suite 3600
Fort Worth, TX 76102-5341

RE: Case Number: 02-0599
 Court of Appeals Number: 02-00-00055-CV
 Trial Court Number: 27,900

Style: RIDGE OIL COMPANY, INC. AND BRYAN A. WOODWARD
 v.
 GUINN INVESTMENTS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice Schneider not sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Stephanie |
| |Lavake |
| |Mr. George |
| |Birdwell |